John LINDSAY, Appellant,

v.

Karen HOLLAND–COOK, Respondent.

No. ED 84991.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 24, 2005.

Brown & Crouppen, Seth S. Webb, St. Louis, MO, for appellant.

DeFranco Law Firm, Cody S. Moon, O'Fallon, IL, for respondent.

Before LAWRENCE E. MOONEY, P.J. and LAWRENCE G. CRAHAN, J. and MARY K. HOFF, J.

### ORDER

PER CURIAM.

John Lindsay appeals the judgment of the trial court granting a motion for a directed verdict in favor of Karen Holland–Cook.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. No error of law appears.

A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).